EXHIBIT C

# SANITIZED PRELIMINARY INFRINGEMENT CLAIM CHART

*U.S. Patent Nos. 8,782,637 and 10,846,118 — Sony PlayStation Ecosystem*

PUBLIC / SANITIZED VERSION. This chart is a preliminary, non-expert summary prepared from publicly available materials identified in Exhibit D. It omits attorney work product, internal evidence ratings, settlement analysis, IPR analysis, discovery strategy, unasserted fallback theories, and privileged communications. Claim descriptions are abbreviated for readability; the issued patent claims control. The chart is subject to claim construction, discovery, amendment, and proof.

## 1. Accused Instrumentalities and Public Evidence Framework

The principal accused combination is the PS5/PS5-family platform together with PlayStation Network (PSN), PlayStation Plus, Remote Play, PlayStation Portal and Sony system-software/account/subscription services. PS4/PS4 Pro materials are used only where generation-specific facts are relevant and are not used as a substitute for PS5-specific virtualization evidence.

| Technical area | Publicly identified Sony / PlayStation functionality | Principal source IDs |
|---|---|---|
| Residential host / backend | Residential PS5 communicating with Sony/PSN for account, subscription, entitlement, updates, Remote Play and related services. | S1–S3, S7–S10, S32–S38 |
| Hypervisor / virtualized environment | Public technical research identifies a PS5 hypervisor/VMM, GameOS guest environment, vCPU/VMCB structures, nested-page-table/SLAT behavior, VM exits and VMMCALL/hypercall behavior. | S11–S13, S22–S23 |
| Thin terminal / two-tier access | Remote Play clients include Portal, phone, tablet and PC/Mac; local home-network use and away-from-home use provide representative local/remote access paths. | S1–S3, S28–S29, S36, S42–S43 |
| Subscription / lifecycle | PlayStation Plus catalog, membership-conditioned access, Console Sharing/Offline Play, cloud saves, transfer/migration and update behavior. | S7–S10, S32–S38 |

| Technical area | Publicly identified Sony / PlayStation functionality | Principal source IDs |
|---|---|---|
| Emulation | PS5 PS2-emulation materials identify PS2emu/Sly Cooper and emulator-oriented features including rewind, quick save/save-state and filters. | S24–S27 |

## 2. Six Principal Asserted Claim Paths

| Path | Claim | Public-facing theory | Principal evidence |
|---|---|---|---|
| 1 | ’637 Claim 1 | Residential mini-cloud system: PS5 host + PSN/backend + hypervisor/GameOS environment + Remote Play terminal + subscription/provider lifecycle. | S1–S13, S22, S28–S38 |
| 2 | ’118 Claim 17 | Create/provision/configure method: Sony-supported establishment/reconstruction and boot of the PS5 environment, followed by host-appropriate configuration and subscription/terminal lifecycle. | S5, S7–S10, S22, S30–S37 |
| 3 | ’118 Claim 19 | Framework client/server method: console-side Sony logic communicates with Sony services to configure host-side and subscription-linked state; new/reinstalled-console migration/recovery is a representative public embodiment. | S7–S10, S32–S38 |

| Path | Claim | Public-facing theory | Principal evidence |
|---|---|---|---|
| 4 | ’118 Claim 1 | Base mini-cloud architecture plus at least one emulator running in the qualifying virtualized environment; Sly Cooper/PS5 PS2emu is the representative public exemplar. | S1–S13, S22–S29, S32–S38 |
| 5 | ’118 Claim 18 | Claim 17 method plus the emulator limitation. | Parent Claim 17 sources + S24–S27 |
| 6 | ’118 Claim 20 | Claim 19 method plus the emulator limitation. | Parent Claim 19 sources + S24–S27 |

## 3. U.S. Patent No. 8,782,637 — Claim 1

Accused combination: residential PS5 + PSN/PlayStation Plus + Remote Play/PlayStation Portal. Claim text below is abbreviated; the issued claim controls.

| ID | Claim limitation / proposition (abbreviated) | Preliminary accused Sony mapping | Public sources |
|---|---|---|---|
| 1.pre | Residential mini-cloud system enabling subscription to computing infrastructure, software and digital content. | Residential PS5 serves as the host; PlayStation Plus supplies subscription-conditioned software/content; Remote Play exposes host operation to supported client devices. | S1, S7–S9, S28 |
| 1.a | Mini-cloud host device remotely connects to backend cloud supported by the cloud service provider. | PS5 communicates with Sony/PSN for account, subscription, entitlement, update, Remote Play and related services. | S1–S3, S7–S10, S37 |
| 1.b | Host includes a hypervisor for hosting one or more virtual machines. | Public technical research identifies PS5 hypervisor/VMM operation, vCPU/VMCB structures, NPT/SLAT-controlled guest memory, guest kernel/GameOS, VM exits and VMMCALLs. | S11–S13, S22–S23 |

| ID | Claim limitation / proposition (abbreviated) | Preliminary accused Sony mapping | Public sources |
|---|---|---|---|
| 1.c | One or more thin terminals connect to the VM via a port extension protocol. | Portal, phone, tablet and PC/Mac Remote Play clients receive audiovisual output and return controller/touch input to the PS5-hosted game environment. | S1–S3, S28–S29, S36 |
| 1.d | First tier: terminal connects locally to host over fast network link or directly by cable. | Representative principal embodiment: local Remote Play over home LAN/Wi-Fi. Direct local display/cable operation is an alternative where consistent with claim construction. | S1–S2, S28 |
| 1.e | Second tier: terminal connects remotely to backend cloud through mini-cloud system over a slower network link. | Away-from-home Remote Play uses Internet/mobile connectivity while the residential PS5 remains the host; Sony/PSN services participate in session/account functions. | S1–S3 |
| 1.f | Subscription system permits subscription to content and access through VM supported by host. | PlayStation Plus plan provides downloadable catalog/Classics content used on the PS5/GameOS environment. | S7–S9, S11, S22 |
| 1.g | User signs on to subscription plan. | PSN/PlayStation account sign-in and qualifying PlayStation Plus plan enrollment/use. | S7–S9, S37 |
| 1.h | Provider creates VM and provisions VM on host. | Representative public reconstruction path: PS5 full reinstallation followed by boot-time establishment of the hypervisor/guest virtualization state; common Sony software becomes operational on the particular PS5 host. | S5, S22, S30–S31, S37 |

| ID | Claim limitation / proposition (abbreviated) | Preliminary accused Sony mapping | Public sources |
| --- | --- | --- | --- |
| 1.i | Framework server component configures host according to the provisioned VM. | Representative configuration includes PS5/environment/version-appropriate system-software servicing and related Sony account, entitlement, update and registration state applied to the operative PS5 environment. | S8–S10, S35, S37; S14–S16 corroborative |
| 1.j | User connects thin terminal to provisioned VM via PEP. | Remote Play provides functional continuity between the PS5-hosted running title/environment and the supported terminal. | S1–S3, S11, S22 |

## 4. U.S. Patent No. 10,846,118 — Claim 1

| Limitation group | Claim proposition (abbreviated) | Preliminary accused Sony mapping | Public sources |
| --- | --- | --- | --- |
| Shared architecture | Residential host, backend/provider, subscription, thin terminal/two-tier access, and create/provision/configure relationships. | Carries forward the corresponding PS5/PSN/Remote Play architecture summarized for ’637 Claim 1, subject to the exact ’118 wording. | S1–S13, S22, S28–S38 |
| Hypervisor / VM + emulator | At least one emulator runs in the claimed virtual machine. | Public technical evidence identifies the PS5 GameOS virtualized environment; PS5 PS2-emulation evidence identifies Sly Cooper/PS2emu as a concrete locally executed emulator/title path. | S22–S27 |
| Thin terminal / two tier | Terminal uses the claimed access architecture with the emulator-extended environment. | Portal/phone/PC Remote Play locally and away from home while controlling a locally executed legacy title provides a representative public embodiment. | S1–S3, S24–S29, S36 |

| Limitation group | Claim proposition (abbreviated) | Preliminary accused Sony mapping | Public sources |
|---|---|---|---|
| Subscription content | Subscribed content is accessed through the accused environment. | A downloadable PlayStation Plus Classic/legacy title supplies the representative locally executed subscription-content path. | S7–S9, S24–S27 |
| Create / provision / configure | Provider lifecycle applies to emulator-capable PS5 environment. | Same PS5 reconstruction, host-operationalization and provider configuration path as the base architecture, correlated to the emulator-capable GameOS environment. | S5, S22, S30–S37 |

## 5. U.S. Patent No. 10,846,118 — Claim 17

| Step / group | Claim proposition (abbreviated) | Preliminary accused Sony mapping | Public sources |
|---|---|---|---|
| Virtualized residential host | Residential virtualized-host foundation. | Residential PS5 with hypervisor/GameOS guest, PSN/PlayStation Plus and Remote Play. | S1, S7, S11–S13, S22 |
| Create | Provider creation of qualifying VM/environment. | Sony-supported reinstallation/reconstruction followed by boot-time hypervisor initialization and virtualization-state construction supplies a representative public reconstruction path. | S5, S22, S30–S31 |
| Provision | Provisioning/deployment/bootstrap of created environment on host. | Common Sony system software is made operational on the particular PS5 hardware/resources and device state. | S5, S31, S37 |

| Step / group | Claim proposition (abbreviated) | Preliminary accused Sony mapping | Public sources |
|---|---|---|---|
| Configure | Framework-server configuration according to provisioned environment. | PS5/environment/version-specific online servicing, together with account/Console Sharing, entitlement/license, updates and registration, provides representative configuration activity. | S10, S35, S37; S14–S16 corroborative |
| Subscription / sign-on | Subscription and sign-on relationship. | PSN sign-in and PlayStation Plus enrollment/renewal with subscribed downloadable content. | S7–S9, S37 |
| Terminal / tiers | Terminal connection to provisioned environment. | Local and away-from-home Remote Play to the same residential PS5 environment. | S1–S3 |

## 6. U.S. Patent No. 10,846,118 — Claim 19

| Step / group | Claim proposition (abbreviated) | Preliminary accused Sony mapping | Public sources |
|---|---|---|---|
| Foundation | Residential mini-cloud + subscription foundation. | PS5 + GameOS environment + PSN/PlayStation Plus + Remote Play. | S1, S7–S11, S22 |
| Framework client | Framework client associated with host. | Console-side Sony system/account/update/entitlement/Remote Play logic communicates with Sony services. | S1–S5, S7–S10, S35–S37 |
| Framework server | Framework server associated with provider. | Sony-operated PSN, system-software, subscription and entitlement services. | S4–S10, S32–S38 |
| Communication | Client communicates with server. | Updates, account sign-in, entitlement, cloud saves, transfer and Remote Play involve network communication between the console/client side and Sony services. | S3–S5, S7–S10, S32–S38 |

| Step / group | Claim proposition (abbreviated) | Preliminary accused Sony mapping | Public sources |
|---|---|---|---|
| Configure host + subscription system | Communication configures both host-side and subscription-linked state. | Representative public embodiment: new or reinstalled PS5 + existing PSN account; sign-in restores/applies subscription state while user/account/saves/settings/content can be transferred or recovered to the destination console. | S10, S32–S34, S38 |
| Continuing operation | Configured host continues service/terminal operation. | Subscription lifecycle and Remote Play continue on the configured host. | S1–S3, S8–S9 |

## 7. U.S. Patent No. 10,846,118 — Claims 18 and 20

| Claim | Dependency / added limitation | Preliminary mapping | Public sources |
|---|---|---|---|
| Claim 18 | Depends from Claim 17 and adds the emulator limitation. | Claim 17 create/provision/configure path plus PS5 PS2emu/Sly Cooper operating in the qualifying GameOS environment. | Claim 17 sources + S22–S27 |
| Claim 20 | Depends from Claim 19 and adds the emulator limitation. | Claim 19 framework-client/server host + subscription configuration path plus PS5 PS2emu/Sly Cooper. | Claim 19 sources + S22–S27 |

## 8. Presently Asserted Dependent Claims — Added-Limitation Summary

Each dependent claim incorporates all limitations of its parent. This table summarizes only the additional feature presently relied upon in the public preliminary mapping.

| Claim | Added feature (abbreviated) | Representative Sony mapping | Public sources |
|---|---|---|---|

| Claim | Added feature (abbreviated) | Representative Sony mapping | Public sources |
|---|---|---|---|
| ’637 C2 | Extension card supporting DVD-player functionality | Certain PS5 disc-drive configurations include an optical-drive controller board interfacing with the main board. The complaint alleges this arrangement meets the extension-card limitation; board characterization and the complete claim mapping require teardown/technical corroboration. | S39–S41 (partial; claimed extension-card relationship unverified) |
| ’637 C6 | Wireless terminal connection | Portal/mobile/laptop Remote Play over Wi-Fi. | S28–S29, S36 |
| ’637 C8 | Thin-terminal audio or USB port | PlayStation Portal includes a 3.5 mm audio jack and USB-C port, as identified in the Portal manual; the Claim 1 terminal/VM relationship remains incorporated. | S28–S29, S42–S43 |
| ’637 C9 | Interconnection to remote mini-cloud | Geographically separated PS5 consoles may communicate in networked multiplayer scenarios. Whether each endpoint qualifies as the claimed mini-cloud and meets the exact interconnection limitation remains to be established. | S44–S46; S1–S3 (networking context; mini-cloud limitation unverified) |
| ’637 C11 | Subscription-managed thin-terminal connection | Account-linked Remote Play configuration and console connection allow Portal and other terminals to access the residential PS5. Whether the exact subscription-management limitation is met remains subject to claim construction and proof. | S1–S3, S7–S10, S28, S36–S37, S43 |

| Claim | Added feature (abbreviated) | Representative Sony mapping | Public sources |
|---|---|---|---|
| ’637 C12 | Subscription/content lifecycle | PlayStation Plus download, entitlement/lifecycle, cloud services and related continuing access behavior. | S7–S9, S32–S38 |
| ’637 C14 | Remote protocol to VM | Remote Play provides the representative remote-protocol path to the PS5/GameOS environment. | S1–S3, S11, S22 |
| ’637 C15 | Thin-terminal device characteristics | Portal is a purpose-built display/input/wireless Remote Play terminal dependent on the PS5 for game execution. Absence of a conventional HDD and the precise device limitations require confirmation from product specifications. | S28–S29, S36, S42–S43 |
| ’637 C19 | Slower-tier provider exchange | Local/remote Remote Play together with PSN/provider communications supplies the representative two-tier/provider-exchange path. | S1–S3 |
| ’118 C2 | Non-native/emulated instruction environment | Sly Cooper + PS5 PS2emu supplies a concrete legacy-title emulation implementation. | S24–S27 |
| ’118 C3 | Device-specific emulated environment | PS2 software environment executed through Sony’s PS5 PS2-emulation implementation. | S24–S27 |
| ’118 C9 | Wireless terminal | Portal/mobile/laptop Wi-Fi Remote Play. | S28–S29, S36 |

| Claim | Added feature (abbreviated) | Representative Sony mapping | Public sources |
|---|---|---|---|
| ’118 C11 | Thin-terminal audio or USB port | PlayStation Portal has a 3.5 mm audio jack and USB-C port; its Remote Play role supplies the proposed thin-terminal context, subject to all limitations of Claim 1. | S28–S29, S36, S42–S43 |
| ’118 C12 | Subscription content lifecycle | PlayStation Plus deployment, entitlement, cloud-save and lifecycle behavior. | S7–S9, S32–S38 |
| ’118 C13 | Remote protocol | Remote Play provides the representative remote-protocol path. | S1–S3, S22 |
| ’118 C15 | Slower-tier provider exchange | Local/remote Remote Play and PSN participation provide the representative path. | S1–S3 |

## 9. Public Source Legend

| ID | Source | Type |
|---|---|---|
| S1 | Sony — PS Remote Play | Official Sony webpage |
| S2 | Sony — PS5 support / Remote Play requirements | Official Sony support webpage |
| S3 | Sony — Remote Play connection troubleshooting | Official Sony support webpage |
| S4 | Sony — PS4 system software update/reinstallation | Official Sony support webpage |
| S5 | Sony — PS5 system software update/reinstallation | Official Sony support webpage |
| S6 | Sony — PS4 HDD replacement | Official Sony support webpage |
| S7 | Sony — PlayStation Plus Game Catalog | Official Sony support webpage |

| ID | Source | Type |
|---|---|---|
| S8 | Sony — PlayStation Plus games / lifecycle | Official Sony webpage |
| S9 | Sony — PlayStation Plus Usage Terms | Official Sony legal terms |
| S10 | Sony — Console Sharing and Offline Play | Official Sony support webpage |
| S11 | PS5 Developer Wiki — Hypervisor | Third-party technical webpage |
| S12 | PS5Dev Wiki — Hypervisor | Third-party technical webpage |
| S13 | PS5Dev — Byepervisor README | Open-source research repository |
| S14 | Sony patent US20160256784A1 — Predictive Instant Play | Sony-authored patent publication |
| S15 | Sony patent US20170050110A1 — Local Application Quick Start | Sony-authored patent publication |
| S16 | Sony patent US8108319B2 — Downloadable Authentication | Sony-authored patent |
| S17 | Sony patent US11845004B2 — Game Execution Environments | Sony-authored patent |
| S18 | Sony patent US20080040093A1 — Register Mapping / Emulation | Sony-authored patent publication |
| S19 | Sony patent US9849372B2 — Legacy Application Emulation | Sony-authored patent |
| S20 | Sony patent US20170312626A1 — Cloud Gaming Device Handover | Sony-authored patent publication |
| S21 | Sony PlayStation Blog — PS4 games on PS5 | Official Sony blog |
| S22 | Hardwear.io — Byepervisor: How We Broke the PS5 Hypervisor | Conference webpage / technical research |
| S23 | Hardwear.io / YouTube — Byepervisor talk | Conference video |
| S24 | PS5 Developer Wiki — PS2 Emulation | Third-party technical webpage |
| S25 | Push Square — New PS2 emulator features (May 29, 2024) | Contemporary technical/product reporting |
| S26 | Push Square — Hands-on PS2 games on PS5/PS4 (June 11, 2024) | Hands-on reporting |
| S27 | Push Square — New PS2 emulator technical-test summary (June 27, 2024) | Technical-analysis reporting |
| S28 | Sony — PlayStation Portal Remote Player product page | Official Sony product page |
| S29 | Sony — PlayStation Portal instruction manual CFI-Y1001 | Official Sony PDF manual |
| S30 | Sony — Safe Mode on PS5/PS4 | Official Sony support webpage |

| ID | Source | Type |
|---|---|---|
| S31 | Sony — PS5 system software update/reinstallation | Official Sony support webpage |
| S32 | Sony — Transfer or dispose of PlayStation console | Official Sony support webpage |
| S33 | Sony — PS Plus cloud storage for PS5 | Official Sony support webpage |
| S34 | Sony — Transfer data to a PS5 console | Official Sony support webpage |
| S35 | Sony — Check/update PS5 games and applications | Official Sony support webpage |
| S36 | Sony — PS Portal system-software features | Official Sony support webpage |
| S37 | Sony — PS5 first-time setup | Official Sony support webpage |
| S38 | Sony — Save and transfer PlayStation Plus game progress | Official Sony support webpage |
| S39 | Sony — PS5 Disc Drive Setup | Official Sony support webpage |
| S40 | iFixit — PlayStation 5 Teardown | Independent teardown / photographs |
| S41 | Sony — CFI-7019 PS5 Safety Guide | Official Sony PDF |
| S42 | Sony — PS Portal CFI-Y10XX Instruction Manual | Official Sony PDF |
| S43 | Sony — PlayStation Accessories Support | Official Sony support webpage |
| S44 | Bungie — This Week at Bungie (May 25, 2017) | Developer-authored technical explanation |
| S45 | Bungie — Crash Propagator (June 10, 2021) | Developer-authored engineering discussion |
| S46 | Sony — How to Join a Game on PS5 | Official Sony support webpage |

## 10. Reservation / Scope Statement

This preliminary chart is based on public evidence available before filing and is not intended to replace infringement contentions served under the applicable scheduling order or patent rules. Plaintiff reserves the right to amend, supplement, narrow, or clarify these contentions based on claim construction, discovery, product inspection/testing, source authentication, and other evidence, consistent with the Federal Rules and applicable court orders. No omission of an internal theory, source, or unasserted claim from this sanitized exhibit constitutes waiver of any position otherwise permitted by law and the Court's rules.

Supplemental evidence qualification (S39–S46): Sources S39–S41 describe model-specific optical-drive hardware but do not independently establish the claimed extension-card relationship. Sources S44–S46 describe multiplayer/network communication but do not independently establish remote mini-cloud-to-mini-cloud operation. S42 overlaps S29 and is included for its exact public locator. All additional claim mappings remain preliminary and subject to claim construction and technical verification.